IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH DIVISION

MARILYNN CARRAWAY-ROEBUCK,    CIVIL ACTION NO. 2:12-cv-00856-GLL

              Plaintiff

      vs.

WASHINGTON TOWNSHIP, a Municipal Corporation and a Political Subdivision of the Commonwealth of Pennsylvania; TIMOTHY NAULTY, the Zoning Officer and the Code Enforcement Officer of Washington Township; CHARLES YUSKO, Supervisor of Washington Township; ARNIE DULL, Supervisor of Washington Township; and JAMIE MILLER, Supervisor of Washington Township,

              Defendants

## ORDER OF COURT

AND NOW, this 9th day of August, 2012, upon consideration of the parties' Joint Motion to Continue, IT IS HEREBY ORDERED that the motion is GRANTED and the parties hereto shall comply with the following deadlines in the above-captioned matter:

1. The parties shall complete any follow up to their earlier scheduled mediation by October 9, 2012.

2. The parties shall conduct the Rule 26(f) Conference in this case on or before October 9, 2012.

3. The parties shall file the Rule 26(f) Report in this case on or before October 23, 2012.

4. The Defendants shall respond to the Plaintiff's Amended Complaint by way of motion or responsive pleading by October 23, 2012.

5. The Rule 16 Scheduling Conference shall now be held on Thursday, November 15, 2012 at 4:30 p.m. in Suite 3250, 3rd Floor, U.S. Courthouse, 700 Grant Street, Pittsburgh, Pennsylvania.

6. The deadlines in connection with the pending Motion to Dismiss [doc. #5] for the Plaintiff's response and Defendants' reply shall not be rescheduled as the aforementioned motion is moot.

BY THE COURT:

s/Gary L. Lancaster
_____, C.J.
The Honorable Chief Judge Gary Lancaster
Chief United States District Judge