IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH DIVISION

MARILYNN CARRAWAY-ROEBUCK,                CIVIL ACTION NO. 2:12-cv-00856-GLL

  Plaintiff

  vs.

WASHINGTON TOWNSHIP, a Municipal
Corporation and a Political Subdivision of the
Commonwealth of Pennsylvania; TIMOTHY
NAULTY, the Zoning Officer and the Code
Enforcement Officer of Washington Township;
CHARLES YUSKO, Supervisor of Washington
Township; ARNIE DULL, Supervisor of
Washington Township; and JAMIE MILLER,
Supervisor of Washington Township,

  Defendants

## ORDER OF COURT

AND NOW, to wit, this 6th day of Nov 2012, upon consideration the within Motion, it is hereby ORDERED, ADJUDGED, and DECREED that the present action is dismissed with prejudice. Notwithstanding the foregoing, this Court shall retain and shall reserve jurisdiction to enforce the terms of the parties' Settlement Agreement.

BY THE COURT:

_____, C.J.
The Honorable Chief Judge Gary Lancaster
Chief United States District Judge