IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA - PITTSBURGH DIVISION

MARILYNN CARRAWAY-ROEBUCK,      CIVIL ACTION NO. 2:12-cv-00856-GLL

          Plaintiff

vs.

WASHINGTON TOWNSHIP, a Municipal Corporation and a Political Subdivision of the Commonwealth of Pennsylvania; TIMOTHY NAULTY, the Zoning Officer and the Code Enforcement Officer of Washington Township; CHARLES YUSKO, Supervisor of Washington Township; ARNIE DULL, Supervisor of Washington Township; and JAMIE MILLER, Supervisor of Washington Township,

          Defendants

## ORDER OF COURT

AND NOW, to wit, this 6th day of July 2012, upon consideration the within Motion, it is hereby ORDERED, ADJUDGED, and DECREED that the present action is dismissed with prejudice. Notwithstanding the foregoing, this Court shall retain and shall reserve jurisdiction to enforce the terms of the parties' Settlement Agreement.

BY THE COURT:

_____, C.J.
The Honorable Chief Judge Gary Lancaster
Chief United States District Judge